UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SHAWN LITTLE**

v.                                                                                      6:25-cv-213-NPM

**COMMISSIONER OF SOCIAL SECURITY**

## ORDER

We hereby **GRANT** the Commissioner's unopposed motion for entry of judgment with remand (Doc. 14). Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment, terminate all scheduled events, and close the case.

**ORDERED** on August 25, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge